84 A.3d 1058

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Raul DIAZ, Petitioner.**

**No. 166 EM 2013.**

Supreme Court of Pennsylvania.

Jan. 29, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of January, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

---

84 A.3d 1058

**Commonwealth, Ellen GRANAHAIN ex. rel. Joseph Saylor, Petitioner**

v.

**Gerald ROZUM, Common Pleas Court of Philadelphia Judge, Gwendolyn N. Bright, et. al., Respondents.**

**No. 179 EM 2013.**

Supreme Court of Pennsylvania.

Jan. 29, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of January, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED.**